IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

HAAS OUTDOORS, INC.                                                                PLAINTIFF

V.                                                            CIVIL ACTION NO. 1:18CV024-SA-DAS

DRYSHOD INTERNATIONAL, LLC, and
JAMES K. DONOHUE                                                                DEFENDANTS

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on February 12, 2018. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge.

This, the 27th day of February, 2018.

                                                           **/s/ Sharion Aycock**
                                                           **U.S. DISTRICT JUDGE**