# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**HAAS OUTDOORS, INC.**                                                                           **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO. 1:18-CV-00024-GHD-DAS**

**DRYSHOD INTERNATIONAL, LLC**
**and JAMES K. DONOHUE**                                                      **DEFENDANTS**

## AGREED ORDER SUBSTITUTING DOCUMENT

WHEREAS, the parties have disagreed as to the status of several documents produced by the Defendants for which Defendants now claim to contain privileged communications or protected work product, and

WHEREAS, Plaintiff, without waiving its right to challenge such documents at a later time, has now agreed to sequester such documents and allow the substitution by the Clerk of the Court of a redacted version of Exhibit 32 (Doc. 79-22) to Haas' Supplemental and Combined Response (Doc. 73).

THE COURT HEREBY ORDERS that the parties provide the Clerk of the Court, and the Clerk substitute, a redacted copy of Exhibit 32 (Doc. 79-22) to Haas' Supplemental and Combined Response (Doc. 73). This replacement Exhibit 32 is subject to the Court's prior order granting Haas leave to file Exhibit 32 under seal (Doc. 75).

SO ORDERED, this 18th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE

Agreed to:

/s/ W. Whitaker Rayner
W. Whitaker Rayner (MS Bar No. 4666)
*Counsel for Plaintiff*

/s/ John S. Hill
John S. Hill (MS Bar No. 2451)
*Counsel for Defendants*

{JX344099.1}