UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

HAAS OUTDOORS, INC.                                        PLAINTIFF

v.                                              Civil No. 1:18-cv-00024-GHD-DAS

DRYSHOD INTERNATIONAL, LLC and
JAMES K. DONOHUE                                          DEFENDANTS

---

ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE

---

For the reasons set forth in the memorandum opinion issued this day the Court ORDERS

that:

1. Defendants' motion to transfer venue [16] is GRANTED;

2. Pursuant to 28 U.S.C. 1406(a), this case is TRANSFERRED to the United States
   District Court for the Western District of Texas, and

3. Defendants' motion to dismiss for lack of jurisdiction [10] and motion to dismiss
   for improper venue [12] are both DENIED.

SO ORDERED, this the _13th_ day of November, 2018.

_____
SENIOR U.S. DISTRICT JUDGE